**EXHIBIT A**

Belle #10904N

ORT022
Bargain & sale deed, with covenant against grantor's acts - Ind. or Corp.: single sheet

N-YS
1928

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 13th day of April, nineteen hundred and ninety-Nine

BETWEEN   IRAJ NAMDAR and LINDA NAMDAR, husband and wife and both residing at 8 Ballentine Lane, Searingtown, NY 11550

party of the first part, and   SHYAMA P. SHUKLA and GEETA SHUKLA, husband and wife and both residing at 25 Beacon Drive, Port Washington, NY 11505

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant    and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE ANNEXED DESCRIPTION

S: 7
B: 95
L: 83

SAID PREMISES ALSO KNOWN AS 44 SUNSET DRIVE, SEARINGTOWN, NY 11550.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF

_____
IRAJ NAMDAR

_____
LINDA NAMDAR

| STATE OF NEW YORK, COUNTY OF ~~NASSAU~~ Suffolk ss: | STATE OF NEW YORK, COUNTY OF ~~NASSAU~~ Suffolk ss: |
|---|---|
| On the 13 day of April 1999, before me personally came<br>IRAJ NAMDAR<br>to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.<br><br>_____<br>Notary Public<br><br>[Notary stamp] 1999 | On the 13 day of April 1999, before me personally came<br>LINDA NAMDAR<br>to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she executed the same.<br><br>_____<br>Notary Public<br><br>[Notary stamp] 1999 |
| STATE OF NEW YORK, COUNTY OF ss: | STATE OF NEW YORK, COUNTY OF ss: |
| On the day of 19 , before me personally came to me known, who, being by me duly sworn, did depose and say that he resides at No. ; that he is the of , the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order. | On the day of 19 , before me personally came the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No. ; that he knows to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h name as witness thereto. |

**Bargain and Sale Deed**
With Covenant Against Grantor's Acts

Title No. 10904N

IRAJ NAMDAR and LINDA NAMDAR

TO

SHYAMA P. SHUKLA and GEETA SHUKLA

OLD REPUBLIC
National Title Insurance Company

~~District 9~~
SECTION   7
BLOCK    95
LOT      83
COUNTY ~~OR TOWN~~   NASSAU

RETURN BY MAIL TO:

WARREN SUSSMAN, ESQ.
114 Old Country Road
Mineola, New York   Zip No. 11501

*Reserve this space for use of Recording Office.*

# BELLE ABSTRACT CORP.

Title No. C-8833-371574   BELLE-10904N

## SCHEDULE A

ALL that certain plot, piece or parcel of land, with the buildings and improvements, thereon erected, situate, lying and being in the State of New York, known and designated as Lot 83 on a certain map entitled "Map of Searingtown Woods" filed in the Office of the Clerk of Nassau on 3-18-83 as Map No. 9002, being more particuarly bounded and described as follows:

BEGINNING at a point on the easterly side of Sunset Road South, distant 127.72 feet northerly from the northerly end of the arc of a curve connecting the northerly side of I.U. Willets Road, with the easterly side of Sunset Road South;

THENCE along the easterly side of Sunset Road South along the arc of a curve having a radius of 70.00 feet, a distance of 75.64 feet;

THENCE North 8 degrees 23 minutes 17 seconds West, 11.68 feet to a point;

THENCE North 89 degrees 46 minutes 20 seconds East, 151.37 feet to a point;

THENCE South 3 degrees 45 minutes 40 seconds East, 61.62 feet to a point;

THENCE South 89 degrees 46 minutes 20 seconds East 101.62 feet to the easterly side of Sunset Road South, the point or place of BEGINNING.

SAID PREMISES also known as:  44 Sunset Road South, Searingtown, NY

PREMISES KNOWN AS:  Section: 7  Block: 95  Lot: 83

FOR CONVEYANCING ONLY

The policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property.

TOGETHER with all the right, title and interest of the party of the first part, of, in and to the land lying in the street in front of and adjoining said premises.

STATE OF NEW YORK  
COUNTY OF NASSAU        } SS: -  
COUNTY CLERK'S OFFICE  

    I, MAUREEN O'CONNELL, County Clerk of the County of Nassau and the Supreme and County Courts, Courts of Record thereof,  
    DO HEREBY CERTIFY, that I have compared the annexed with the original

DEED: D11051                      PAGES: 124-127

**FILED AND RECORDED** in my office 05/06/1999 and the same is a true transcript thereof and of the whole of such original.  
    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of said County at Mineola, N.Y. this 20th day of AUGUST, 2014.

_Maureen O'Connell_  
County Clerk