**DAVIDSON FINK LLP**
Attorneys and Counselors at Law
28 East Main Street, Suite 1700
Rochester, New York 14614-1990
Tel: (585) 760-8218
Fax: (585) 546-8125
November 14, 2014

Honorable Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

|   |   |   |
|---|---|---|
| RE: | SHUKLA, SHYAMA & GEETA et al. | |
| | Premises: | 44 Sunset Rd. |
| | | Albertson, New York 11507 |
| | Chapter: | 13 |
| | Case No.: | 14-74304 |

Dear Judge Scarcella:

Please be advised that our firm represents Bank of America, N.A. regarding the loss mitigation for the above-referenced Bankruptcy matter. The contact information is as follows:

Scott A. Sydelnik, Esq.
Davidson Fink LLP
28 East Main Street
Suite 1700
Rochester, New York 14614
ssydelnik@davidsonfink.com

The following information is needed to commence the review for loan modification:

- RMA;
- 4506T;
- Paystubs for one month;
- Profit and Loss statement for the last three months (if applicable);
- Two current bank statements;
- Proof of other income;
- List of monthly expenses;
- Last two years of tax returns; and
- A hardship letter detailing the reason for the hardship.

Very truly yours,
DAVIDSON FINK LLP

Scott A. Sydelnik

Enclosure(s)
cc:  Ehsanul Habib, Esq. (via email: ehsanulhbb@yahoo.com)

Form **4506-T**
(Rev. January 2012)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | | |
|---|---|---|
| 1a | Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| 2a | If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
   Bank of America C/O Tax verification Service 17842 Irvine Blvd Tustin, CA 92780

Caution. *If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.*

6  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶  **1040**

   a  **Return Transcript**, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . [✓]

   b  **Account Transcript**, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days . [ ]

   c  **Record of Account**, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days . . . . . . . . [ ]

7  **Verification of Nonfiling**, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . [ ]

8  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2010, filed in 2011, will not be available from the IRS until 2012. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days . . . [ ]

Caution. *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

9  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.    **12/31/2013**    **12/31/2012**

   Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved identity theft on your federal tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

Caution. Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**
▶ Signature (see instructions)    Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 37667N    Form **4506-T** (Rev. 1-2012)

Form 4506-T (Rev. 1-2012)     Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506-T at www.irs.gov/form4506. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**CAUTION.** *Do not sign this form unless all applicable lines have been completed.*

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note.** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

### Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br><br>512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br><br>559-456-5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team<br>Stop 6705 P-6<br>Kansas City, MO 64999<br><br>816-292-6102 |

### Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team<br>P.O. Box 9941<br>Mail Stop 6734<br>Ogden, UT 84409<br><br>801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team<br>P.O. Box 145500<br>Stop 2800 F<br>Cincinnati, OH 45250<br><br>859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*Individuals.* Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Products Coordinating Committee
SE:W:CAR:MP:T:M:S
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

# Sample Profit and Loss Statement for Self-Employed Homeowners

*Note: This is a sample template to be used as a guide for homeowners. Depending on your business, you may be asked to provide additional information.*

**Name of Company:**

**Dates:** ___/___/___ through ___/___/___

| | | |
|---|---|---|
| **Gross margin** | % | % |
| **Return on sales** | % | % |

| | Quarterly | OR Year-to-date |
|---|---|---|
| **Sales Revenue** | | |
| Sales Revenue | $ | $ |
| **Total Sales Revenue** | $ | $ |
| **Cost of Sales** | | |
| Product/Service | $ | $ |
| **Total Cost of Sales** | $ | $ |
| **Gross Profit** | $ | $ |
| **Operating Expenses** | | |
| **Sales and Marketing** | | |
| Advertising | $ | $ |
| **Total Sales and Marketing Expenses** | $ | $ |
| **Research and Development** | | |
| Technology licenses | $ | $ |
| **Total Research and Development Expenses** | $ | $ |
| **General and Administrative** | | |
| Officer wages and salaries | $ | $ |
| Employee wages and salaries | $ | $ |
| Supplies | $ | $ |
| Meals and entertainment | $ | $ |
| Rent | $ | $ |
| Telephone | $ | $ |
| Utilities | $ | $ |
| Depreciation | $ | $ |
| Insurance | $ | $ |
| Repairs and maintenance | $ | $ |
| **Total General and Administrative Expenses** | $ | $ |
| **Total Operating Expenses** | $ | $ |
| **Income from Operations** | $ | $ |
| **Other Income** | $ | $ |
| **Taxes** | | |
| Income taxes | $ | $ |
| Payroll taxes | $ | $ |
| Real estate taxes | $ | $ |
| Other taxes (specify): | $ | $ |
| Other taxes (specify): | $ | $ |
| **Total Taxes** | $ | $ |
| **Net Profit** | $ | $ |

# Instructions for Completing Sample Profit and Loss Statement for Self-Employed Homeowners

The numbered sections correspond to the definitions below. Please note that the numbered order of the definitions is not necessarily the order in which the form should be completed.

In the columns, provide either your most recent Quarterly or Year-to-date numbers

1. Gross Margin = (Gross Profit) / (Total Sales Revenue)
2. Return on Sales = (Net Profit) / (Total Sales Revenue)
3. Total Sales Revenue = All Income from Sales or Services. All money collected from the work you have done.
4. Gross Profit = (Total Sales Revenue) - (Total Cost of Sales)
5. Total Operating Expenses = (Total Sales and Marketing Expenses) + (Total Research and Development Expenses) + (Total General and Administrative Expenses)
6. Income from Operations = (Gross Profit) - (Total Operating Expenses)
7. Examples of Other Income includes: bad debts recovered, interest, tax refunds and other miscellaneous business income
8. Net Profit = (Income from Operations) + (Other Income) - (Total Taxes)

## Sample Profit and Loss Statement for Self-Employed Homeowners

*Note: This is a sample template to be used as a guide for homeowners. Depending on your business, you may be asked to provide additional information.*

Name of Homeowner: _____

Status:  ___/___/___ through ___/___/___  (1)

                                    Quarterly OR Year-to-date

**Sales Revenue:**
Sales Revenue                        $_____   (2)
Total Sales Revenue                  $_____

**Cost of Sales:**
Product/Service
Total Cost of Sales                  $_____

**Gross Profit**                     $_____   (4)

**Operating Expenses**
Sales and Marketing
Advertising
Total Sales and Marketing Expenses

Research and Development
Technical services
Total Research and Development Expenses

General and Administrative
Officer salaries and salaries
Employee wages and salaries
Supplies
Meals and entertainment
Rent
Telephone
Utilities
Depreciation
Insurance
Repairs and maintenance
Total General and Administrative Expenses

**Total Operating Expenses**         $_____   (5)

**Income from Operations**           $_____   (6)

**Other Income**                     $_____   (7)

**Taxes**
Income taxes
Payroll taxes
Real estate taxes
Other taxes (specify):
Other taxes (specify):
Total Taxes

**Net Profit**                       $_____   (8)

# Bank of America Home Loans

## Attorney Authorization for the Sole Purpose of Loss Mitigation Option Process During Active Bankruptcy Form

### Attorney Authorization Agreement

I hereby authorize Bank of America to initiate verbal and written contact with my client for the purpose of reviewing my client's mortgage account for eligibility to participate in loss mitigation options during active Bankruptcy. I also authorize Bank of America to work directly with my client throughout the loss mitigation review and approval process.

Further, I agree to authorize Bank of America to work with my client to review multiple loss mitigation options to ensure my client is reviewed for any available program which best fits their financial situation while active in Bankruptcy. I understand that each loss mitigation option selected below may include verbal/written contact, soft credit pulls, and/or title searches related to program eligibility requirements, account type, and status.

Check all which you authorize.

☐ Loan Modification

☐ Shortsale

☐ Deed in Lieu

☐ FHA Waterfall (Loan Modification, Partial Claim, Shortsale/DIL) - FHA Loan Types Only

This agreement will remain in effect through the later of the loss mitigation option approval by the Bankruptcy courts and proper adjustments to the loan balances or length of time which you select below beginning the date of execution.

☐ 6 Months/180 days

☐ 12 months/365 days

☐ Upon dismissal, discharge, or closing of the Bankruptcy case

### Account Information

BK Case #/District/Chapter: _____

BAC Account #: _____

Client's Name: _____

### Signature

Attorney Authorized Signature: _____ Date: _____

Attorney Authorized Signature: _____ Date: _____

Debtor's Attorney Contact Information:

Name

Phone #

## *To Be Completed if a Borrower/Co-Borrower Discloses Income From a Household Member Who is Not on the Promissory Note*

LOAN #: _____

Your Hardship Affidavit/Request for Modification (RMA) or Uniform Borrower Assistance Form (Form 710) indicates that a non-borrower contributes to your total household income. For our purposes, a "non-borrower" is an individual who resides in your home and contributes to the household income but is not personally obligated on your mortgage loan. As part of the evaluation process, a Credit Authorization Form must be completed and signed by each non-borrower.

Note: Updated or additional documents may be required. Copies of this form may be used if you have more than one non-borrower contributing to your total household income.

Please have the non-borrower fully execute the below **NON-BORROWER CREDIT AUTHORIZATION FORM.**

---

### NON-BORROWER CREDIT AUTHORIZATION FORM TO OBTAIN CONSUMER CREDIT REPORT

The undersigned non-borrower certifies the following:

1. I am an occupant of _____(the "Property");
2. I contribute to the total household income of the Property;
3. I understand and acknowledge that Bank of America is evaluating the mortgage loan that is secured by the Property for the federal government's Home Affordable Modification Program (HAMP).
4. I hereby authorize Bank of America, N.A., or its designated agent, to obtain and review a consumer credit report containing my credit history and other non-public information as part of its evaluation process.

This Authorization shall constitute the undersigned's agreement to allow Bank of America, N.A. to obtain a copy of a consumer credit report in the manner permitted by the Fair Credit Reporting Act.

_____    _____
NAME (Non-Brorrower)                SIGNATURE (Non-Brorrower)

DATE: _____

NON-BORROWER SOCIAL SECURITY NUMBER:  _____ - _____ - _____

# Making Home Affordable Program
# Request For Mortgage Assistance (RMA)


MAKING HOME AFFORDABLE.gov

If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options under the Making Home Affordable (MHA) Program. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about **all** of your income, expenses and financial assets; whether you have declared bankruptcy; and information about the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

## SECTION 1: BORROWER INFORMATION

### BORROWER

BORROWER'S NAME

SOCIAL SECURITY NUMBER     DATE OF BIRTH (MM/DD/YY)

HOME PHONE NUMBER WITH AREA CODE

CELL OR WORK NUMBER WITH AREA CODE

MAILING ADDRESS

EMAIL ADDRESS

### CO-BORROWER

CO-BORROWER'S NAME

SOCIAL SECURITY NUMBER     DATE OF BIRTH (MM/DD/YY)

HOME PHONE NUMBER WITH AREA CODE

CELL OR WORK NUMBER WITH AREA CODE

MAILING ADDRESS (IF SAME AS BORROWER, WRITE "SAME")

EMAIL ADDRESS

---

Has any borrower filed for bankruptcy?   ☐ Chapter 7   ☐ Chapter 13

Filing Date: _____   Bankruptcy case number: _____

Has your bankruptcy been discharged?   ☐ Yes   ☐ No

Is any borrower a servicemember?   ☐ Yes   ☐ No

Have you recently been deployed away from your principal residence or recently received a permanent change of station order?   ☐ Yes   ☐ No

---

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? _____

Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification?   ☐ Yes   ☐ No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification?   ☐ Yes   ☐ No   If "Yes", how many? _____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your principal residence?   ☐ Yes   ☐ No

## SECTION 2: HARDSHIP AFFIDAVIT

I (We) am/are requesting review under MHA.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

☐ My household income has been reduced. For example: reduced pay or hours, decline in business or self employment earnings, death, disability or divorce of a borrower or co-borrower.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☐ I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

Other:

Explanation (continue on a separate sheet of paper if necessary):

03/30/2012

## SECTION 3: PRINCIPAL RESIDENCE INFORMATION
(This section is required even if you are not seeking mortgage assistance on your principal residence)

I am requesting mortgage assistance with my principal residence ☐ Yes ☐ No

If "yes", I want to: ☐ Keep the property ☐ Sell the property

Property Address: _____ Loan I.D. Number: _____

Other mortgages or liens on the property? ☐ Yes ☐ No Lien Holder / Servicer Name: _____ Loan I.D. Number: _____

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No If 'Yes', Monthly Fee $_____ Are fees paid current? ☐ Yes ☐ No

Name and address that fees are paid to: _____

Does your mortgage payment include taxes and insurance? ☐ Yes ☐ No If 'No', are the taxes and insurance paid current? ☐ Yes ☐ No

Annual Homeowner's Insurance $_____

Is the property listed for sale? ☐ Yes ☐ No If 'Yes', Listing Agent's Name: _____ Phone Number: _____

List date? _____ Have you received a purchase offer? ☐ Yes ☐ No Amount of Offer $_____ Closing Date: _____

Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.

Principal residence servicer name: _____ Principal residence servicer phone number: _____

Is the mortgage on your principal residence paid? ☐ Yes ☐ No If 'No', number of months your payment is past due (if known): _____

## SECTION 4: COMBINED INCOME AND EXPENSE OF BORROWER AND CO-BORROWER

| Monthly Household Income | | Monthly Household Expenses/Debt (*Principal Residence Expense Only) | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross wages | $ | First Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Self employment Income | $ | Homeowner's Insurance* | $ | Savings / Money Market | $ |
| Unemployment Income | $ | Property Taxes* | $ | CDs | $ |
| Untaxed Social Security / SSD | $ | HOA/Condo Fees* | $ | Stocks / Bonds | $ |
| Food Stamps/Welfare | $ | Credit Cards/Installment debt (total min. payment) | $ | Other Cash on Hand | $ |
| Taxable Social Security or retirement income | $ | Child Support / Alimony | $ | | |
| Child Support / Alimony** | $ | Car Payments | $ | | |
| Tips, commissions, bonus and overtime | $ | Mortgage Payments other properties**** | $ | | |
| Gross Rents Received *** | $ | Other | $ | Value of all Real Estate except principal residence | $ |
| Other | $ | | | Other | $ |
| Total (Gross income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

** Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.
*** Include rental income received from all properties you own EXCEPT a property for which you are seeking mortgage assistance in Section 6.
**** Include mortgage payments on all properties you own EXCEPT your principal residence and the property for which you are seeking mortgage assistance in Section 6.

## Required Income Documentation
(Your servicer may request additional documentation to complete your evaluation for MHA)

| All Borrowers | ☐ Include a signed IRS Form 4506-T or 4506T-EZ |
|---|---|
| ☐ Do you earn a wage?<br><br>Borrower Hire Date (MM/DD/YY) _____<br>Co-borrower Hire Date (MM/DD/YY) _____ | ☐ For each borrower who is a salaried employee or hourly wage earner, provide the most recent pay stub(s) that reflects at least 30 days of year-to-date income. |
| ☐ Are you self-employed? | ☐ Provide your most recent signed and dated quarterly or year-to-date profit and loss statement. |
| ☐ Do you receive tips, commissions, bonuses, housing allowance or overtime? | ☐ Describe the type of income, how frequently you receive the income and third party documentation describing the income (e.g., employment contracts or printouts documenting tip income). |
| ☐ Do you receive social security, disability, death benefits, pension, public assistance or adoption assistance? | ☐ Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider and receipt of payment (such as two most recent bank statements or deposit advices). |
| ☐ Do you receive alimony, child support, or separation maintenance payments? | ☐ Provide a copy of the divorce decree, separation agreement, or other written legal agreement filed with the court that states the amount of the payments and the period of time that you are entitled to receive them. AND<br><br>☐ Copies of your two most recent bank statements or deposit advices showing you have received payment.<br><br>**Notice:** Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt. |
| ☐ Do you have income from rental properties that are not your principal residence? | ☐ Provide your most recent Federal Tax return with all schedules, including Schedule E.<br><br>☐ If rental income is not reported on Schedule E, provide a copy of the current lease agreement with bank statements showing deposit of rent checks. |

## SECTION 5: OTHER PROPERTIES OWNED
(You must provide information about all properties that you or the co-borrower own other than your principal residence and any property described in Section 6 below. Use additional sheets if necessary.)

### Other Property #1

Property Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Loan I.D. Number: ▓▓▓▓▓

Servicer Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Mortgage Balance $ ▓▓▓▓▓    Current Value $ ▓▓▓▓▓

Property is:  ☐ Vacant    ☐ Second or seasonal home    ☐ Rented    Gross Monthly Rent $ ▓▓▓▓▓    Monthly mortgage payment* $ ▓▓▓▓▓

### Other Property #2

Property Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Loan I.D. Number: ▓▓▓▓▓

Servicer Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Mortgage Balance $ ▓▓▓▓▓    Current Value $ ▓▓▓▓▓

Property is:  ☐ Vacant    ☐ Second or seasonal home    ☐ Rented    Gross Monthly Rent $ ▓▓▓▓▓    Monthly mortgage payment* $ ▓▓▓▓▓

### Other Property #3

Property Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Loan I.D. Number: ▓▓▓▓▓

Servicer Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Mortgage Balance $ ▓▓▓▓▓    Current Value $ ▓▓▓▓▓

Property is:  ☐ Vacant    ☐ Second or seasonal home    ☐ Rented    Gross Monthly Rent $ ▓▓▓▓▓    Monthly mortgage payment* $ ▓▓▓▓▓

\* The amount of the monthly payment made to your lender – including, if applicable, monthly principal, interest, real property taxes and insurance premiums.

## SECTION 6: OTHER PROPERTY FOR WHICH ASSISTANCE IS REQUESTED
(Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.)

I am requesting mortgage assistance with a rental property. ☐ Yes ☐ No
I am requesting mortgage assistance with a second or seasonal home. ☐ Yes ☐ No
If "Yes" to either, I want to: ☐ Keep the property ☐ Sell the property

Property Address: _____ Loan I.D. Number: _____

Do you have a second mortgage on the property ☐ Yes ☐ No   If "Yes", Servicer Name: _____ Loan I.D. Number: _____

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No   If "Yes", Monthly Fee $ _____   Are HOA fees paid current? ☐ Yes ☐ No

Name and address that fees are paid to: _____

Does your mortgage payment include taxes and insurance? ☐ Yes ☐ No   If "No", are the taxes and insurance paid current? ☐ Yes ☐ No

Annual Homeowner's Insurance $ _____   Annual Property Taxes $ _____

If requesting assistance with a rental property, property is currently:
☐ Vacant and available for rent.
☐ Occupied without rent by your legal dependent, parent or grandparent as their principal residence.
☐ Occupied by a tenant as their principal residence.
☐ Other _____

If rental property is occupied by a tenant: Term of lease / occupancy ___/___/___ - ___/___/___   Gross Monthly Rent $ _____
                                                                MM / DD / YYYY     MM / DD / YYYY

If rental property is vacant, describe efforts to rent property: _____

If applicable, describe relationship of and duration of non-rent paying occupant of rental property: _____

Is the property for sale? ☐ Yes ☐ No   If "Yes", Listing Agent's Name: _____   Phone Number: _____

List date? _____   Have you received a purchase offer? ☐ Yes ☐ No   Amount of Offer $ _____   Closing Date: _____

### RENTAL PROPERTY CERTIFICATION
(You must complete this certification if you are requesting a mortgage modification with respect to a rental property.)

☐ By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in this Section 6 and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property:

1. I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

   Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.

2. The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

   Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.

3. I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

**Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**

This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.

Initials: Borrower _____   Co-borrower _____

## SECTION 7: DODD-FRANK CERTIFICATION

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

   (a) felony larceny, theft, fraud, or forgery,
   (b) money laundering or
   (c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law. This certification is effective on the earlier of the date listed below or the date this RMA is received by your servicer.

## SECTION 8: INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino |
| | ☐ Not Hispanic or Latino | | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | Race: | ☐ American Indian or Alaska Native |
| | ☐ Asian | | ☐ Asian |
| | ☐ Black or African American | | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | | ☐ Native Hawaiian or Other Pacific Islander |
| | ☐ White | | ☐ White |
| Sex: | ☐ Female | Sex: | ☐ Female |
| | ☐ Male | | ☐ Male |

| To be completed by Interviewer | | Name/Address of Interviewer's Employer |
|---|---|---|
| This request was taken by: <br> ☐ Face-to-face Interview <br> ☐ Mail <br> ☐ Telephone <br> ☐ Internet | *Interviewer's Name (print or type) & ID Number* <br><br> *Interviewer's Signature*      *Date* <br><br> *Interviewer's Phone Number (include area code)* | |

## SECTION 9: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT

1. I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.

2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.

3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.

5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.

6. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.

7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

10. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.

11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

_____    _____    _____    _____
Borrower Signature         Social Security Number    Date of Birth              Date

_____    _____    _____    _____
Co-borrower Signature      Social Security Number    Date of Birth              Date

## HOMEOWNER'S HOTLINE

*If you have questions about this document or the Making Home Affordable Program, please call your servicer.*
*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).*

*The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*



## NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: 'Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct.'

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

### Beware of Foreclosure Rescue Scams. Help is FREE!

- **There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.**
- **Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.**
- **Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.**
- **Never make your mortgage payments to anyone other than your mortgage company without their approval.**



# Sample Profit and Loss Statement for Self-Employed Homeowners

*Note: This is a sample template to be used as a guide for homeowners. Depending on your business, you may be asked to provide additional information.*

**Name of Company:**

**Dates:** ___/___/___ through ___/___/___

| | | |
|---|---|---|
| **Gross margin** | % | % |
| **Return on sales** | % | % |

| | Quarterly | OR Year-to-date |
|---|---|---|
| **Sales Revenue** | | |
| Sales Revenue | $ | $ |
| Total Sales Revenue | $ | $ |
| **Cost of Sales** | | |
| Product/Service | $ | $ |
| Total Cost of Sales | $ | $ |
| **Gross Profit** | $ | $ |
| **Operating Expenses** | | |
| **Sales and Marketing** | | |
| Advertising | $ | $ |
| Total Sales and Marketing Expenses | $ | $ |
| **Research and Development** | | |
| Technology licenses | $ | $ |
| Total Research and Development Expenses | $ | $ |
| **General and Adminstrative** | | |
| Officer wages and salaries | $ | $ |
| Employee wages and salaries | $ | $ |
| Supplies | $ | $ |
| Meals and entertainment | $ | $ |
| Rent | $ | $ |
| Telephone | $ | $ |
| Utilities | $ | $ |
| Depreciation | $ | $ |
| Insurance | $ | $ |
| Repairs and maintenance | $ | $ |
| Total General and Adminstrative Expenses | $ | $ |
| **Total Operating Expenses** | $ | $ |
| **Income from Operations** | $ | $ |
| Other Income | $ | $ |
| **Taxes** | | |
| Income taxes | $ | $ |
| Payroll taxes | $ | $ |
| Real estate taxes | $ | $ |
| Other taxes (specify): | $ | $ |
| Other taxes (specify): | $ | $ |
| Total Taxes | $ | $ |
| **Net Profit** | $ | $ |

# Instructions for Completing Sample Profit and Loss Statement for Self-Employed Homeowners

The numbered sections correspond to the definitions below. Please note that the numbered order of the definitions is not necessarily the order in which the form should be completed.

In the columns, provide either your most recent Quarterly or Year-to-date numbers

1. Gross Margin = (Gross Profit) / (Total Sales Revenue)
2. Return on Sales = (Net Profit) / (Total Sales Revenue)
3. Total Sales Revenue = All income from Sales or Services. All money collected from the work you have done.
4. Gross Profit = (Total Sales Revenue) - (Total Cost of Sales)
5. Total Operating Expenses = (Total Sales and Marketing Expenses) + (Total Research and Development Expenses) + (Total General and Administrative Expenses)
6. Income from Operations = (Gross Profit) - (Total Operating Expenses)
7. Examples of Other Income includes: bad debts recovered, interest, tax refunds and other miscellaneous business income
8. Net Profit = (Income from Operations) + (Other Income) - (Total Taxes)

## Sample Profit and Loss Statement for Self-Employed Homeowners

*Note: This is a sample template to be used as a guide for homeowners. Depending on your business, you may be asked to provide additional information*

Name of Homeowner: _____

Period: ___/___/___ through ___/___/___     Quarterly OR Year-to-date

| | | |
|---|---|---|
| **Sales Revenue** | | |
| Sales Revenue | $ | $ |
| **Total Sales Revenue** ③ | $ | $ |
| **Cost of Sales** | | |
| Product/Service | $ | $ |
| **Total Cost of Sales** | $ | $ |
| **Gross Profit** ④ | $ | $ |
| **Operating Expenses** | | |
| Sales and Marketing | | |
| Advertising | $ | $ |
| **Total Sales and Marketing Expenses** | $ | $ |
| Research and Development | | |
| Technology licenses | $ | $ |
| **Total Research and Development Expenses** | $ | $ |
| General and Administrative | | |
| Officer wages and salaries | $ | $ |
| Employee wages and salaries | $ | $ |
| Supplies | $ | $ |
| Meals and entertainment | $ | $ |
| Rent | $ | $ |
| Telephone | $ | $ |
| Utilities | $ | $ |
| Depreciation | $ | $ |
| Insurance | $ | $ |
| Repairs and maintenance | $ | $ |
| **Total General and Administrative Expenses** | $ | $ |
| **Total Operating Expenses** ⑤ | $ | $ |
| **Income from Operations** ⑥ | $ | $ |
| **Other Income:** ⑦ | $ | $ |
| **Taxes** | | |
| Income taxes | $ | $ |
| Payroll taxes | $ | $ |
| Real estate taxes | $ | $ |
| Other taxes (specify): | $ | $ |
| Other taxes (specify): | $ | $ |
| **Total Taxes** | $ | $ |
| **Net Profit** ⑧ | $ | $ |