| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date: December 11, 2014 |
| EASTERN DISTRICT OF NEW YORK | Hearing Time: 10:00 pm |

-------------------------------------------------------------------x

In re:                                                                    Chapter 13
                                                                              Case No.: 14-74304-LAS

        GEETA SHUKLA,

                Debtor.

-------------------------------------------------------------------x

## AMENDED NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE

**PLEASE TAKE NOTICE**, that Vidyasagar Lingchetty a creditor and party in interest in the above captioned matter, by and through his attorneys, Spence Law Office, P.C., will move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy Court, at 290 Federal Plaza, Room 760, Central Islip, New York, 11722, on the 11th day of December, 2014 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. §§ 1307 and 109(e) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Responsive papers shall be filed with the bankruptcy court and served upon the Movant's counsel, Robert J. Spence, no later than three (3) business days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Dated: Jericho, New York
       November 24, 2014

                                  **SPENCE LAW OFFICE, P.C.**
                                  Attorneys for Vidyasagar Lingchetty

                BY:   */s/John Lehr*
                        John Lehr, Esq.
                        500 N. Broadway, Suite 149
                        Jericho, New York 11753
                        (516) 336-2060