**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------X         Chapter 13

IN RE:   Geeta Shukla

                                                     Case No.:   8-14-74304
                                                   **AMENDED**
                      **Debtor(s)**            **CHAPTER 13 PLAN**
-----------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of __60__ months, the sum of:
   $__750.00__ commencing __October 2014__ through and including __December 2015__ for a period of __3__ months;
   $__1,200.00__ commencing __January 2015__ through and including __January 2017__ for a period of __25__ months;
   $__1,700.00__ commencing __February 2017__ through and including __September 2019__ for a period of __32__ months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   -NY State Dept. of Tax and Finance shall receive payment of $64,942.78 for its secured and unsecured priority claim from this chapter 13 plan to be distributed by Chapter 13 standing Trustee.

   -Attorney Fees: $3,500

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   -Monthly post-petition mortgage installment payment in the amount of $ 3,281.95 for property located at 44 Sunset Road South, Albertson, NY 11507, NY bearing loan no. xxxxx5709 to be paid directly to Bank of America Home Loans outside of chapter 13 plan as long term secured debt. Debtor submitted a loan modification package to lender for modification of her mortgage loan and pre-petition arrearage be adjusted or deferred once loan is modified.

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

_____ (mortgage holder) to be paid pre-petition arrears in the sum of $___ plus __% interest over the life of the plan.

   (c) Subsequent to distribution to secured creditors, dividends to unsecured creditors including Claim no. 4 filed by Vidyasagar Lingechetty for the amount of $405,845.87 to be treated as unsecured pursuant to Court Order dated _____ under motion to avoid judicial lien bearing docket no. _____, and be paid on pro-rata basis to all timely filed proofs of claim.

3. All lease agreements are hereby assumed, unless specifically rejected as follows:
   Other Party                                                   Description of Contract or Lease
   -NONE-

4. During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

**/s/ Geeta Shukla**
**Geeta Shukla**
Debtor

Dated:  **December 10, 2014**           **/s/ Ehsanul Habib, Esq.**
                                        **Ehsanul Habib, Esq. NYSB#4541819**
                                        Attorney for Debtor